IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RAZONDA JEFFERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-CV-157 |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the court for consideration of the June 5, 2014 report and recommendation [doc. 18] filed by United States Magistrate Judge C. Clifford Shirley, Jr. There have been no timely objections to this report and recommendation, and enough time has passed since its filing to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After careful consideration of this matter, the court is in complete agreement with Magistrate Judge Shirley's conclusion that each party's summary judgment motion should be granted in part and denied in part. The court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

It is **ORDERED**, for the reasons stated in the report and recommendation, which the court adopts and incorporates into this ruling, that the Commissioner's motion

for summary judgment [doc. 16] is **GRANTED IN PART and DENIED IN PART**, and plaintiff's motion for summary judgment [doc. 14] is **GRANTED IN PART and DENIED IN PART**. This case is **REMANDED** to the Commissioner for further explanation of the weight accorded to the opinion of treating physician Dr. Jay Warrick.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge